FILED
2009 Aug-19 PM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT E. LEE** )　　　　　　　　　　　　　　)　　　　　　　　　　　　　　)　　**Plaintiff,**　　　　　　　　　)　　　　　　　　　　　　　　)　**v.**　　　　　　　　　　　　　　)　　　　　　　　　　　　　　)　**MIDLAND CREDIT**　　　　　　　)　**MANAGEMENT INC. et al**　　　)　　　　　　　　　　　　　　)　**Defendant.**　　　　　　　　　) | **CIVIL NO. 2:08-cv-01850-HGD** |

### PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.

Comes now Robert E. Lee and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Experian Information Solutions, Inc. only as follows:

1. The Plaintiff and Defendant have resolved their differences and desire that the claims against the Defendant Experian Information Solutions, Inc. only be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant Experian Information Solutions, Inc. only.

        Respectfully Submitted,

        /s/ John G. Watts
        **John G. Watts**
        **Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

        /s/ M. Stan Herring
        **M. Stan Herring**
        **Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading through this court's electronic filing and notification system and via email on this the 19th Day of August, 2009.

        /s/ John G. Watts
        Of Counsel