UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT E. LEE, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:08-cv-01850-HGD |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| Defendant | ) |

## DISMISSAL ORDER

Plaintiff has filed a Motion to Voluntary [sic] Dismiss Claims Against Experian Information Solutions, Inc. (Doc. #27). It is ORDERED, ADJUDGED and DECREED that plaintiff's motion is GRANTED, and plaintiff's claims against Experian Information Solutions, Inc., are DISMISSED WITH PREJUDICE, costs taxed as paid. Inasmuch as plaintiff now has dismissed all claims against all defendants in this action, it is ORDERED that this action is DISMISSED WITH PREJUDICE.

DONE this 24th day of August, 2009.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE